UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JORDAN P. DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:22-cv-219 |
| | ) |
| ANTONIA NAVARRO DAVIS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER OF DISMISSAL**

A review of the docket in this case reveals the following:

1. On December 15, 2022, Plaintiff Jordan P. Davis, representing himself, filed an application to proceed *in forma pauperis* ("IFP"). (Doc. 1.)

2. On January 12, 2023, the court denied without prejudice Plaintiff's IFP application for failure to clearly state his income, expenses, assets, and liabilities. (Doc. 2 at 2.) Plaintiff was granted leave to refile the application as well as to amend his Complaint no later than February 10, 2023. Plaintiff was warned that failure to file an amended IFP Application, or to pay the filing fee of $402, would result in dismissal of the case without prejudice.

3. No further filings have been received as of the date of this Order.

The Federal Rules of Civil Procedure authorize dismissal of an action when "the plaintiff fails to prosecute or to comply with these rules or a court order[.]" Fed. R. Civ. P. 41(b). Because Plaintiff has not refiled his IFP application with an affidavit clearly stating his income, expenses, assets, and liabilities, or paid the filing fee, this case is hereby DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 9th day of March, 2023.

/s/ *Christina Reiss*
_____
Christina Reiss, District Judge
United States District Court